IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| COURTNEY LEWIS, #1817692 | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:19cv892 |
| | § | |
| DIRECTOR, TDCJ-CID | § | |

## ORDER OF DISMISSAL

The above-entitled and numbered civil action was referred to United States Magistrate Judge Kimberly C. Priest Johnson. The Report and Recommendation of the Magistrate Judge, which contains proposed findings of fact and recommendations for the disposition of such actions, has been presented for consideration, and no objections having been timely filed, the Court concludes that the findings and conclusions of the Magistrate Judge are correct, and adopts same as the findings and conclusions of the Court.

It is therefore **ORDERED** that the petition for writ of habeas corpus is **DISMISSED** without prejudice as successive. All motions not previously ruled on are **DENIED**.

**So ORDERED and SIGNED this 31st day of January, 2020.**

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE